IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JUSTIN ANDERSON                                                              PETITIONER

v.                            No. 5:12-cv-280-DPM

RAY HOBBS, Arkansas Department
of Correction                                                                RESPONDENT

## JUDGMENT

Anderson's petition for writ of habeas corpus is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

26 August 2014